# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN LEE WILLIAMS, | ) | 1:06-CV-00969 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO AMEND |
| v. | ) | [Doc. #18] |
| | ) | |
| IVAN CLAY, Warden, | ) | ORDER DENYING MOTION FOR |
| | ) | TRANSCRIPTS |
| Respondent. | ) | [Doc. #22] |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 9, 2007, Petitioner filed a fourth motion to amend the petition. Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> (a) Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Petitioner has not shown good cause to amend the petition. The Court has already addressed Petitioner's request in its order of January 25, 2007. For the same reasons set forth in that order, Petitioner's motion to amend is DENIED.

On March 23, 2007, Respondent filed a Notice of Appearance with the Court stating that Deputy Attorney General Peter W. Thompson is attorney for Respondent. On April 4, 2007, Petitioner filed a motion requesting transcripts of proceedings. It appears Petitioner believes Counsel

for Respondent physically appeared before the Court in proceedings of which Petitioner was not a part. Petitioner is mistaken. No such proceedings took place. Respondent merely filed a notice in compliance with the Court's order of January 19, 2007, informing the Court and Petitioner that Mr. Thompson is attorney of record for Respondent. This notice constitutes an "appearance."

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1. Petitioner's motion to amend the petition is DENIED; and
2. Petitioner's motion for transcripts is DENIED.

IT IS SO ORDERED.

Dated: **April 19, 2007**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE