IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN LEE WILLIAMS,**<br><br>                                                Petitioner,<br><br>          v.<br><br>**IVAN CLAY, Warden,**<br><br>                                                Respondent. | 1:06-CV-00969 AWI LJO HC<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>**DOCUMENT No. 23** |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 28, 2007, respondent filed a request/motion to extend time to file a response to petitioner's application for writ of habeas corpus.   Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent shall have until May 23, 2007, to file a response to petitioner's application for writ of habeas corpus.

IT IS SO ORDERED.

  Dated:   **April 24, 2007**             _____/s/ **Dennis L. Beck**_____
                                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1