IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEE WILLIAMS,<br><br>    Petitioner,<br>  vs.<br>IVAN CLAY,<br><br>    Respondent.<br>_____/ | 1:06-cv-00969-AWI-JMD (HC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS |

Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915. However, Petitioner's application to proceed in forma pauperis was deficient in that it did not include petitioner's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; F.R.C.P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Petitioner shall re-submit the enclosed application to proceed in forma pauperis, with Petitioner's original signature.

IT IS SO ORDERED.

**Dated:    June 2, 2009**              /s/ John M. Dixon
                                       UNITED STATES MAGISTRATE JUDGE

-1-