1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MELVIN LEE WILLIAMS,                    )    1:06-CV-00969 AWI JMD HC
                                          )
10              Petitioner,               )    ORDER GRANTING PETITIONER'S
                                          )    MOTION TO PROCEED IN FORMA
11       v.                               )    PAUPERIS ON APPEAL
                                          )    [Doc. 45]
12  IVAN CLAY,                            )
                                          )
13              Respondents.              )
    _____)

14

15          Petitioner is a state prisoner proceeding pro se with an appeal to the Ninth Circuit Court of

16  Appeals.  Petitioner is challenging the denial of his petition for writ of habeas corpus.

17          On December 18, 2008, Petitioner filed a notice of appeal pertaining to entry of judgment in

18  this case.  Petitioner subsequently filed a motion to proceed in forma pauperis on appeal.  (Court

19  Doc. 42 and 45).  Examination of the documents attached to Petitioner's request reveals that

20  Petitioner is unable to afford the costs of the appeal.  *See* Rule 24(a)(1), Federal Rules of Appellate

21  Procedure; 28 U.S.C. § 1915.

22          Accordingly, Petitioner's application to proceed in forma pauperis on appeal is GRANTED.

23

24  **IT IS SO ORDERED.**

25  **Dated:    June 22, 2009                           /s/ John M. Dixon**
                                          **UNITED STATES MAGISTRATE JUDGE**

26

27

28

U.S. District Court
E. D. California                                          1